72 A.3d 244

IN THE MATTER OF RONALD C. HUNT, AN ATTORNEY
AT LAW (ATTORNEY NO. 011281985).

September 5, 2013.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 13–026, concluding that **RONALD C. HUNT** of **NEWARK,** who was admitted to the bar of this State in 1985, should be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(b) (failure to keep client reasonably informed about the status of a matter), *RPC* 1.4(c) (failure to explain a matter to the extent necessary for client to make informed decisions about representation), *RPC* 1.7(b) (concurrent conflict of interest), *Rule* 1:21–6 and *RPC* 1.15(d) (record-keeping violations), *RPC* 1.16(a)(1) (lawyer shall not represent a client or shall withdraw from representation if representation will result in *RPC* violation), *RPC* 1.16(d) (failure to protect client's rights on termination of representation), *RPC* 8.1(a) (false statements in connection with disciplinary matter), and *RPC* 8.4(c)

(conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **RONALD C. HUNT** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.